IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MIGUEL ANGEL RODRIGUEZ,** )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>**JACK LEE,** *et al.*, )<br>    Defendants. ) | | Civil Action No. 7:12-cv-00268<br><br>**ORDER**<br><br>By:  Norman K. Moon<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that defendants' motion for summary judgment (Docket No. 24) is **GRANTED;** plaintiff's motion for a continuance (Docket No. 32) is **DENIED**; and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**:  This   5th  day of June, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE