**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **MIGUEL ANGEL RODRIGUEZ,** | ) | Civil Action No. 7:12-cv-00268 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JACK LEE,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that defendants' motion for summary judgment (Docket No. 24) is **GRANTED;** plaintiff's motion for a continuance (Docket No. 32) is **DENIED**; and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 5th day of June, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE